

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11-959M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>      v.<br>Juan Delgado-Martinez<br>      Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)    ( )    the appearance of defendant as required; and/or

(B)    ( )    the safety of any person or the community.

//
//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by court order_

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _____

IT IS ORDERED that defendant be detained.

DATED: 4/24/17

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2